

# United States District Court
## Eastern District of California

SEP 2 7 2005

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| **MICHAEL STEPHEN DAHL** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **2:01CR00108 01** |
| | **MARK REICHEL, AFD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charges 1, 2, 3, 4, 6, 7, AND 8 as alleged in the violation petition filed on 04/13/2005.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✓] revokes supervision heretofore ordered on 07/31/2003.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

09/15/2005
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

9/27/2005
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST: Jack L. Wagner
Clerk, U. S. District Court
Eastern District of California
By _(signature)_
Deputy Clerk
Dated 09/27/05

CASE NUMBER: 2:01CR00108 01  
DEFENDANT: MICHAEL STEPHEN DAHL

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | NEW LAW VIOLATION | 05/15 & 5/16/04 |
| 2 | LEAVING THE DISTRICT WITHOUT PERMISSION OF THE PROBATION OFFICER | 05/15 & 5/16/04 |
| 3 | FAILURE TO COMPLY WITH SEX OFFENDER REGISTRATION | 11/07/2004 |
| 4 | FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER | 11/07/04 to 01/18/05 |
| 6 | FAILURE TO PROVIDE PHONE RECORDS PROBATION OFFICER UPON REQUEST | 3/04 thru 8/04 |
| 7 | POSSESSION OF EQUIPMENT CAPABLE OF MANUFACTURING A DIGITAL IMAGE | 01/19/05 |
| 8 | ASSOCIATION WITH A MINOR VICTIM (AGE 14) | 05/15 & 05/16/04 |

CASE NUMBER:      2:01CR00108 01
DEFENDANT:        MICHAEL STEPHEN DAHL

Judgment - Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _.

12 MONTHS AS TO EACH OF CHARGES 1, 2, 3, 4, 6, 7, AND 8, TO RUN CONCURRENT WITH EACH OTHER AND CONCURRENT WITH THAT SENTENCE IMPOSED IN CR.S-05-32 DFL.

**NO TERM OF SUPERVISED RELEASE TO FOLLOW.**

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal